UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

PATRICK M. PARRICK,                    )
                                       )
            Plaintiff,                 )
v.                                     )     Case No.: 12-cv-352-TCK-FHM
                                       )
PROGRESSIVE NORTHERN                   )
INSURANCE CO.,                         )
                                       )
            Defendant.                 )

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Patrick M. Parrick, and Defendant,

Progressive Northern Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should

be dismissed with prejudice.  All respective parties to bear their respective attorney fees and costs.

Dated this 29th day of November 2012.


s/ Mike Jones                                    s/  Brad L. Roberson
*(Signed by Filing Attorney with*                Brad L. Roberson, OBA No. 18819
*Permission of Attorney)*                        PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Mike Jones, OBA No. 4821                          1120 Robinson Renaissance
MIKE JONES, P.C.                                  119 North Robinson Avenue
116 North Elm                                     Oklahoma City, Oklahoma 73102
Bristow, Oklahoma 74010                           Telephone:     (405) 606-3333
Telephone:     918-367-3303                       Facsimile:     (405) 606-3334
Facsimile:     918-367-5856                       **ATTORNEYS FOR DEFENDANT**
**ATTORNEYS FOR PLAINTIFF**


s/ Stephen Q. Peters
*(Signed by Filing Attorney with*
*Permission of Attorney)*
Stephen Q. Peters, OBA No. 11469
RIGGS, ABNEY, NEAL TURPEN,
  ORBISON & LEWIS
502 West South Sixth Street
Tulsa, Oklahoma 74119
Telephone:     918-587-03161
Facsimile:     918-587-9708
**ATTORNEYS FOR PLAINTIFF**